# EXHIBIT A

## Insurance Policies

| **Type of Coverage** | **Insurance Carrier** | **Policy Term** |
|---|---|---|
| *Liability and Property Insurance Programs* | | |
| Auto Liability | Travelers Property Casualty Company of America | 11/1/19-11/1/20 |
| Auto Property | St. Paul Fire and Marine Insurance Company | 11/1/19-11/1/20 |
| Commercial Property | Lloyd's Syndicate | 5/1/19-5/1/20 |
| Cyber Liability | Lloyd's Syndicate | 6/30/19-6/30/20 |
| Employers' Liability | Travelers Indemnity Company | 11/1/19-11/1/20 |
| General Liability | Liberty Mutual Insurance Europe PLC | 11/1/19-11/1/20 |
| Non-Owned Aircraft | Starr Indemnity & Liability | 1/26/20-1/26/21 |
| Ocean Marine and Air Cargo | Lloyd's Syndicate 3210 | 5/16/19-5/16/20 |
| Political Risk | Lloyd's Syndicate | 7/4/19-5/1/20 |
| Political Risk (Second Layer) | Lloyd's Syndicate | 7/4/19-5/1/20 |
| Political Risk (Third Layer) | Lloyd's Syndicate & Lancashire Insurance Company | 7/4/19-5/1/20 |
| Pollution | AIG Specialty Insurance Company | 11/1/18-11/1/20 |
| Production Services Equipment | Lloyd's Syndicate | 5/1/19-5/1/20 |
| Rigs and Equipment | Lloyd's Syndicate | 5/1/19-5/1/20 |
| Umbrella Liability | Liberty Mutual Insurance Europe PLC | 11/1/19-11/1/20 |
| Umbrella Liability (Second Layer) | Liberty Mutual Insurance Europe PLC | 11/1/19-11/1/20 |
| Umbrella Liability (Third Layer) | London - Various | 11/1/19-11/1/20 |
| | | |
| Commercial Crime | Berkley Insurance Company | 6/30/19-6/30/20 |
| D&O & Run-Off | Tokio Marine HCC | 4/28/19-4/28/20<br>12/3/19 - 12/3/25 |

| Type of Coverage | Insurance Carrier | Policy Term |
|---|---|---|
| D&O & Run-Off (2nd Layer) | Beazley Insurance Company | 4/28/19-4/28/20<br>12/3/19 - 12/3/25 |
| D&O & Run-Off (3rd Layer) | Nationwide-Freedom Specialty | 4/28/19-4/28/20<br>12/3/19 - 12/3/25 |
| D&O & Run-Off (4th Layer) | Navigators Insurance Company | 4/28/19-4/28/20<br>12/3/19 - 12/3/25 |
| D&O – Side A & Run-Off | AIG | 4/28/19-4/28/20<br>12/3/19 - 12/3/25 |
| D&O – Side A & Run-Off (2nd Layer) | Navigators Insurance Company | 4/28/19-4/28/20<br>12/3/19 - 12/3/25 |
| Employment Practices Liability | Beazley Insurance Company | 6/30/19-6/30/20 |
| Fiduciary Liability | Nation Union Fire Insurance Company of Pittsburgh, Pennsylvania | 6/30/19-6/30/20 |
| Business | Hiscox Insurance Company Inc. | 12/11/18-12/11/21 |