## **EXHIBIT A**

**Corporate Organizational Chart**

# Pioneer Organizational Chart

