IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PIONEER ENERGY SERVICES CORP., *et al.*,[1] | Case No. 20-31425 (DRJ) |
| Debtors. | (Joint Administration Requested) |

**NOTICE OF AGENDA FOR HEARING ON FIRST DAY MOTIONS SCHEDULED FOR MARCH 2, 2020 AT 3:00 PM**
Location:  Before the Honorable David R. Jones, 4th Floor,
Courtroom No. 400, 515 Rusk, Houston, Texas 77002.

## DECLARATIONS IN SUPPORT OF FIRST DAY MOTIONS:

1. Declaration of Lorne Phillips in Support of Chapter 11 Petitions and First Day Motions **[Dkt. No. 20, filed March 2, 2020].**

   Status:  This Declaration will be relied upon as evidentiary support for the voluntary chapter 11 petitions and the first day matters listed below.  Mr. Phillips will be present in the courtroom and prepared to testify regarding the subject matter of his declaration.

2. Declaration of Ari Lefkovits in Support of the Debtors' Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Secured Financing, (B) Grant Liens and Provide Super Priority Administrative Expense Claims, (C) Use Cash Collateral, and (D) Refinance the Prepetition Revolver, (II) Providing Adequate Protection to Certain Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Granting Related Relief; and (V) Scheduling a Final Hearing  **[Dkt. No. 18-2, filed March 2, 2020].**

   Status:  This Declaration will be relied upon as evidentiary support for the first day matters listed below.  Mr. Lefkovits will be present in the courtroom and prepared to testify regarding the subject matter of his declaration.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are as follows:  Pioneer Energy Services Corp. (8619); Pioneer Coiled Tubing Services, LLC (6232); Pioneer Drilling Services, Ltd. (2497); Pioneer Fishing & Rental Services, LLC (4399); Pioneer Global Holdings, Inc. (4707); Pioneer Production Services, Inc. (1361); Pioneer Services Holdings, LLC (4706); Pioneer Well Services, LLC (7572); Pioneer Wireline Services Holdings, Inc. (6455); and Pioneer Wireline Services, LLC (2205).  The headquarters for the above-captioned Debtors is 1250 N.E. Loop 410, Suite 1000, San Antonio, Texas 78209.

**HEARING AGENDA:**

A. Entered Orders:

1. Debtors' Emergency Motion for Entry of an Order (I) Directing Joint Administration of Related Chapter 11 Cases; and (II) Granting Related Relief **[Dkt. No. 4, filed March 1, 2020]**.

    Status: An order was entered March 2, 2020 **[Dkt. No. 37]**.

2. Debtors' Notice of Designation as Complex Chapter 11 Bankruptcy Cases **[Dkt. No. 6, filed March 1, 2020]**.

    Status: An order was entered March 2, 2020 **[Dkt. No. 35]**.

3. Debtors' Emergency Motion for Entry of a Bridge Order Authorizing Debtors to Maintain Purchase Card Program in the Ordinary Course of Business on an Interim Basis **[Dkt. No. 2, filed March 1, 2020]**.

    Status: An order was entered March 1, 2020 **[Dkt. No. 7]**.

4. Debtors' Emergency Application for Order Appointing Epiq Corporate Restructuring, LLC as Claims, Noticing, Solicitation, and Administrative Agent **[Dkt. No. 11, filed March 1, 2020]**.

    Status: An order was entered March 2, 2020 **[Dkt. No. 36]**.

B. Pending Motions:

5. Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Secured Financing, (B) Grant Liens and Provide Super Priority Administrative Expense Claims, (C) Use Cash Collateral, and (D) Refinance the Prepetition Revolver, (II) Providing Adequate Protection to Certain Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Granting Related Relief; and (V) Scheduling a Final Hearing **[Dkt. No. 18, filed March 2, 2020]**.

    Related Documents:
    a. DIP Budget (Exhibit C) **[Dkt. No. 18-3, filed March 2, 2020]**.
    b. Form of DIP Credit Agreement (Exhibit D) **[Dkt. No. 18-4, filed March 2, 2020]**.

    Status: This matter will be going forward on an interim basis.

6. Debtors' Emergency Motion for Entry of an Order Authorizing the Debtors to File Under Seal the Fee Letter **[Dkt. No. 39, filed March 2, 2020]**.

        Related Documents:
           a. Fee Letter **[filed under seal]**.

        Status:  This matter will be going forward on an interim basis.

7. Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Use of the Debtors' Existing Cash Management System; (II) Authorizing and Directing Banks and Financial Institutions to Honor and Process Checks and Transfers; (III) Authorizing Continued Use and Satisfaction of Intercompany Transactions; (IV) Authorizing the Debtors to Use Existing Bank Accounts and Existing Business Forms; and (V) Granting Related Relief **[Dkt. No. 17, filed March 2, 2020]**.

    Related Documents:
    a. Cash Management Diagram (Wells Fargo) (Exhibit A) **[Dkt. No. 17-1, filed March 2, 2020]**.
    b. Cash Management Diagram (PNC) (Exhibit A) **[Dkt. No. 17-2, filed March 2, 2020]**.
    c. Bank Account Listing **[Dkt. No. 17-3, filed March 2, 2020]**.

    Status:  This matter will be going forward on an interim basis.

8. Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated List of Creditors, (II) Authorizing the Debtors to Redact Certain Personal Identification Information, (III) Modifying Requirement to File a List of Equity Security Holders and (IV) Granting Related Relief **[Dkt. No. 5, filed March 1, 2020]**.

    Related Document:
    a. Amended Proposed Order Granting Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated List of Creditors, (II) Authorizing the Debtors to Redact Certain Personal Identification Information, (III) Modifying Requirement to File a List of Equity Security Holders and (IV) Granting Related Relief, with Redline **[forthcoming]**.

    Status:  This matter will be going forward.

9. Debtors' Emergency Motion for Entry of an Order (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Utility Services; (II) Deeming Utility Companies Adequately Assured of Future Performance; (III) Establishing Procedures for Determining Adequate Assurance of Payment; and (IV) Granting Related Relief **[Dkt. No. 8, filed March 1, 2020]**.

    Related Document:

    a. Amended Proposed Order Granting Debtors' Emergency Motion for Entry of an Order (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Utility Services; (II) Deeming Utility Companies Adequately Assured of Future Performance; (III) Establishing Procedures for Determining Adequate Assurance of Payment; and (IV) Granting Related Relief, with Redline **[forthcoming]**.

    <u>Status</u>:  This matter will be going forward.

10. Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims in the Ordinary Course of Business and (II) Granting Related Relief **[Dkt. No. 9, filed March 1, 2020]**.

    <u>Related Document</u>:
    a. Amended Proposed Order Granting Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims in the Ordinary Course of Business and (II) Granting Related Relief, with Redline **[forthcoming]**.

    <u>Status</u>:  This matter will be going forward on an interim basis.

11. Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Honor and Incur Obligations under Customer Contracts and (B) Obtain New Customer Contracts and (II) Granting Related Relief **[Dkt. No. 13, filed March 1, 2020]**.

    <u>Status</u>:  This matter will be going forward.

12. Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief **[Dkt. No. 10, filed March 1, 2020]**.

    <u>Related Document</u>:
    a. Amended Proposed Order Granting Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief, with Redline **[forthcoming]**.

    <u>Status</u>:  This matter will be going forward.

13. Debtors' Emergency Motion for Entry of Interim and Final Orders Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock **[Dkt. No. 12, filed March 1, 2020]**.

Related Documents:
   a. Procedures for Transfers of, or Declarations of Worthlessness with Respect to, Beneficial Ownership of Common Stock (Exhibit 1) **[Dkt. No. 12-1, filed March 1, 2020]**.

   b. Declaration of Status as a Substantial Shareholder (Exhibit 1A) **[Dkt. No. 12-1, filed March 1, 2020]**.

   c. Declaration of Intent to Accumulate Common Stock (Exhibit 1B) **[Dkt. No. 12-1, filed March 1, 2020]**.

   d. Declaration of Intent to Transfer Common Stock (Exhibit 1C) **[Dkt. No. 12-1, filed March 1, 2020]**.

   e. Declaration of Status as 50% Shareholder (Exhibit 1D) **[Dkt. No. 12-1, filed March 1, 2020]**.

   f. Declaration of Intent to Claim a Worthless Stock Deduction (Exhibit 1E) **[Dkt. No. 12-1, filed March 1, 2020]**.

   g. Notice of Interim Order (Exhibit 1F) **[Dkt. No. 12-1, filed March 1, 2020]**.

Status:  This matter will be going forward on an interim basis.

14. Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Their Prepetition Insurance Coverage and Satisfy Prepetition Obligations Related Thereto and (B) Renew, Supplement, and Enter into New Insurance Policies and (II) Granting Related Relief **[Dkt. No. 14, filed March 2, 2020]**.

   Related Documents:
   a. Insurance Policies (Exhibit A) **[Dkt. No. 14-1, filed March 2, 2020].**
   b. Surety Policies (Exhibit B) **[Dkt. No. 14-2, filed March 2, 2020].**
   c. Amended Proposed Order Granting Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Their Prepetition Insurance Coverage and Satisfy Prepetition Obligations Related Thereto and (B) Renew, Supplement, and Enter into New Insurance Policies and (II) Granting Related Relief, with Redline **[forthcoming]**.

   Status:  This matter will be going forward.

15. Emergency Motion for Entry of an Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief **[Dkt. No. 15, filed March 2, 2020]**.

  Related Documents:
    a. Taxing Authorities (Exhibit A) **[Dkt. No. 15-1, filed March 2, 2020].**
    b. Amended Proposed Order Granting Emergency Motion for Entry of an Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief, with Redline **[forthcoming]**.

  Status: This matter will be going forward.

16. Emergency Motion of Debtors for Entry of an Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Prepackaged Plan; (II) Conditionally Approving Disclosure Statement; (III) Approving Solicitation Procedures and Form and Manner of Notice of Commencement, Combined Hearing, and Objection Deadline; (IV) Fixing Deadline to Object to Disclosure Statement and Prepackaged Plan; (V) Approving Notice and Objection Procedures for the Assumption of Executory Contracts and Unexpired Leases; (VI) Conditionally (A) Directing the United States Trustee not to Convene Section 341 Meeting of Creditors and (B) Waiving Requirement of Filing Statements of Financial Affairs and Schedules of Asset and Liabilities; (VII) Approving Rights Offering Procedures; and (VIII) Granting Related Relief **[Dkt. No. 19, filed March 2, 2020]**.

  Related Documents:
    a. Notice of Filing of Solicitation Version of Disclosure Statement and Plan **[Dkt. No. 16, filed March 2, 2020].**
    b. Rights Offering Procedures (Exhibit A) **[Dkt. No. 19-1, filed March 2, 2020].**
    c. Combined Notice (Exhibit 1 to Proposed Order) **[Dkt. No. 19-2, filed March 2, 2020].**
    d. Notice of Non-Voting Status (Exhibit 2 to Proposed Order) **[Dkt. No. 19-2, filed March 2, 2020].**
    e. Forms of Class 5 Beneficial Holder Ballot and Class 5 Master Ballot (Exhibits D-1 through D-2 to Proposed) **[Dkt. No. 19-3, filed March 2, 2020].**
    f. Forms of Postpetition Class 10 Registered Holder Ballot, Postpetition Class 10 Beneficial Holder Ballot and Postpetition Class 10 Master Ballot (Exhibits D-3 through D-5 to Proposed Order) **[Dkt. No. 19-3, filed March 2, 2020].**

  Status: This matter will be going forward.

*[Remainder of Page Intentionally Left Blank]*

| | | |
|---|---|---|
| Dated: | March 2, 2020<br>Houston, Texas | Respectfully submitted, |

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Jason L. Boland*
Jason L. Boland (SBT 24040542)
William R. Greendyke (SBT 08390450)
Robert B. Bruner (SBT 24062637)
Julie Goodrich Harrison (SBT 24092434)
1301 McKinney Street, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
Email: jason.boland@nortonrosefulbright.com
Email: william.greendyke@nortonrosefulbright.com
Email: bob.bruner@nortonrosefulbright.com
Email: julie.harrison@nortonrosefulbright.com

-and-

Brian S. Hermann (pending *pro hac vice*)
Elizabeth R. McColm (pending *pro hac vice*)
Brian Bolin (pending *pro hac vice*)
Eugene Y. Park (pending *pro hac vice*)
Grace C. Hotz (pending *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email:bhermann@paulweiss.com
Email:emccolm@paulweiss.com
Email:bbolin@paulweiss.com
Email:epark@paulweiss.com
Email:ghotz@paulweiss.com

*Proposed Co-Counsel to the Debtors and
Debtors in Possession*