

ENTERED
06/30/2020

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PIONEER ENERGY SERVICES CORP., *et al.*,[1] | Case No. 20-31425 (DRJ) |
| Debtors. | (Jointly Administered) |

**FINAL DECREE CLOSING THE CHAPTER 11 CASES OF
PIONEER ENERGY SERVICES CORP. *ET AL.***

[Relates to Docket No. 357]

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (together, the "Debtors" and, as reorganized, the "Reorganized Debtors") for entry of a final decree; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Amended Standing Order; this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties-in-interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are as follows:  Pioneer Energy Services Corp. (8619); Pioneer Coiled Tubing Services, LLC (6232); Pioneer Drilling Services, Ltd. (2497); Pioneer Fishing & Rental Services, LLC (4399); Pioneer Global Holdings, Inc. (4707); Pioneer Production Services, Inc. (1361); Pioneer Services Holdings, LLC (4706); Pioneer Well Services, LLC (7572); Pioneer Wireline Services Holdings, Inc. (6455); and Pioneer Wireline Services, LLC (2205).  The headquarters for the above-captioned Debtors is 1250 N.E. Loop 410, Suite 1000, San Antonio, Texas 78209.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The following chapter 11 cases of the Debtors are hereby closed; *provided*, that this Court shall retain jurisdiction as provided in the *Findings of Fact, Conclusions of Law, and Order Approving the Debtors' Disclosure Statement and Confirming the Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization* [Docket No. 331] (the "Confirmation Order") confirming the Debtors' *Joint Prepackaged Chapter 11 Plan of Reorganization of Pioneer Energy Services Corp. and its Affiliated Debtors* [Docket No. 16] (the "Plan"); *provided further*, that the closing of the Chapter 11 Cases shall in no way limit or reduce the jurisdiction of the Court and, notwithstanding the closing of the Chapter 11 Cases and without the need to seek to reopen the Chapter 11 Cases for cause pursuant to section 350(b) of the Bankruptcy Code, any party in interest may seek relief from the Court for payment of fees and expenses pursuant to the Bankruptcy Code, including sections 327 and 503 of the Bankruptcy Code:

| Debtor | Case No. |
|---|---|
| Pioneer Energy Services, Corp. | 20-31425 |
| Pioneer Coiled Tubing Services, LLC | 20-31429 |
| Pioneer Drilling Services, Ltd. | 20-31422 |
| Pioneer Fishing & Rental Services, LLC | 20-31431 |
| Pioneer Global Holdings, Inc. | 20-31430 |
| Pioneer Production Services, Inc. | 20-31432 |
| Pioneer Services Holdings, LLC | 20-31433 |
| Pioneer Well Services, LLC | 20-31434 |
| Pioneer Wireline Services Holdings, Inc. | 20-31436 |
| Pioneer Wireline Services, LLC | 20-31435 |

2. Entry of this Final Decree is without prejudice to the rights of the Debtors, Reorganized Debtors or any party-in-interest to seek to reopen any of these Chapter 11 Cases for cause pursuant to section 350(b) of the Bankruptcy Code.

3. The claims and noticing services (the "Claims and Noticing Services") provided by Epiq Corporate Restructuring, LLC ("Epiq") for the Chapter 11 Cases pursuant to the *Order Appointing Epiq Corporate Restructuring, LLC as Claims, Noticing, Solicitation, and Administrative Agent* [Docket No. 36] are terminated and Epiq shall have no further obligations to this Court, the Reorganized Debtors, or any other party in interest with respect to the Claims and Noticing Services in the Chapter 11 Cases.

4. The Reorganized Debtors shall, on or before the date that is thirty (30) days after entry of this Final Decree: (a) pay, or cause to be paid, all fees due and payable pursuant to 28 U.S.C. § 1930(a)(6) with respect to the Chapter 11 Cases; and (b) serve copies of all post-confirmation reports on the U.S. Trustee.  Entry of this Final Decree is without prejudice to the rights of the U.S. Trustee to reopen these Chapter 11 Cases to seek appropriate relief in the event of an unresolved dispute over the payment of fees pursuant to 28 U.S.C. § 1930(a)(6) or the post-confirmation report.

5. The Reorganized Debtors and their agents and professionals are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Motion.

6. Notwithstanding anything to the contrary, the terms and conditions of this Final Decree shall be immediately effective and enforceable upon the earlier of its entry and June 30, 2020.

7. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Final Decree.

**Signed:  June 30, 2020**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**